UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN COMPETELLO, on behalf of
herself and all others similarly situated,

*Plaintiff,*

v.

KIRA LABS INC.; ICONIC PET LLC; AND
MEDPEEL,

*Defendants.*

**NOTICE OF APPEARANCE**

1:24-cv-07941-ALC

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for defendant ICONIC PET LLC.  I certify that I am

admitted to practice in this court.

Date: November 7, 2024

Law Offices of Michael K. Chong, LLC

S/*Michael K. Chong*
Michael K. Chong, Esq.
*Attorney for Defendant*

2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

32 East 5th Street, 8th Fl.,
New York, NY 10022
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com

1