AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SUSAN COMPETELLO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CV-07941-ALC |
| KIRA LABS INC, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 12/19/2024

/s/ Arjeta Albani
*Attorney's signature*

Arjeta Albani 5654587
*Printed name and bar number*

Joseph & Norinsberg, LLC
110 East 59th Street, Suite 2300
New York, New York 10022
*Address*

arjeta@norinsberglaw.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*